# EXHIBIT A

MOR-1

UNITED STATES BANKRUPTCY COURT

CASE NAME: SCC Kyle Parterns, Ltd.
CASE NUMBER: 12-11978-HCM
PROPOSED PLAN DATE:

PETITION DATE:
DISTRICT OF TEXAS:
DIVISION:

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH October YEAR 2012

| MONTH | Sep-12 | Oct-12 |
|---|---|---|
| REVENUES (MOR-6) | 18,127.14 | 0.00 |
| INCOME BEFORE INT, DEPREC./TAX (MOR-6) | 15,627.14 | -17.61 |
| NET INCOME (LOSS) (MOR-6) | 15,632.70 | -8.32 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 2,500.00 | 17.61 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | Yes (x) No ( ) | 12/31/2012 |
| LIABILITY | Yes (x) No ( ) | 12/31/2012 |
| VEHICLE | Yes (x) No ( ) | 12/31/2012 |
| WORKER'S | Yes ( ) No ( ) | N/A |
| OTHER | Yes ( ) No ( ) | N/A |

| | CIRCLE ONE |
|---|---|
| Are all accounts receivable being collected within terms? | Yes / No |
| Are all post-petition liabilities, including taxes, being paid within terms? | Yes / No |
| Have any pre-petition liabilities been paid? | Yes / No |
| If so, describe | |
| Are all funds received being deposited into DIP bank accounts? | Yes / No |
| Were any assets disposed of outside the normal course of business? | Yes / No |
| If so, describe | |
| Are all U.S. Trustee Quarterly Fee Payments current? | Yes / No |
| What is the status of your Plan of Reorganization? | |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X _____ TITLE: President
(ORIGINAL SIGNATURE)
Scott A. Deskins   11/13/12
(PRINT NAME OF SIGNATORY)   DATE   Revised 07/01/98

ATTORNEY NAME: Eric Taube
FIRM NAME: Hohmann, Taube & Summers
ADDRESS: 100 Congress Ave., Suite 1800
CITY, STATE, ZIP: Austin, Texas 78701
TELEPHONE/FAX: 512 472-5597

MOR-1

CASE NAME: SCC Kyle Patterns, Ltd.
CASE NUMBER: 12-11978-HCM

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH September | MONTH October | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | |
| Cash | | 119,411.99 | 119,403.67 | | | | | |
| Accounts Receivable, Net | | | | | | | | |
| Inventory: Lower of Cost or Market | | | | | | | | |
| Prepaid Expenses | | | | | | | | |
| Investments | | | | | | | | |
| Other --- Escrow | | 240,216.59 | 240,216.59 | | | | | |
| TOTAL CURRENT ASSETS | 0.00 | 359,628.58 | 359,620.26 | | | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | | 21,758,460.69 | 21,758,460.69 | | | | | |
| Less Accumulated Depreciation | | | | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 21,758,460.69 | 21,758,460.69 | | | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | | |
| 1. Tax Deposits | | | | | | | | |
| 2. Investments in Subsidiaries | | | | | | | | |
| 3. Electric Deposit | | | | | | | | |
| 4. Org. Costs - Net | | 0.00 | 0.00 | | | | | |
| TOTAL ASSETS | $0.00 | $22,118,089.27 | $22,118,080.95 | | | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

Revised 07/01/98

CASE NAME: SCC Kyle Parterns, Ltd.
CASE NUMBER: 12-11978-HCM

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH September | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | | |
| Notes Payable - Secured | | 14,003,707.78 | 14,003,707.78 | | | | | |
| Priority Debt | | | | | | | | |
| Federal Income Tax | | | | | | | | |
| FICA/Withholding | | | | | | | | |
| Unsecured Debt | | 1,000,000.00 | 1,000,000.00 | | | | | |
| Other | | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 0.00 | 15,003,707.78 | 15,003,707.78 | | 0.00 | 0.00 | | |
| **TOTAL LIABILITIES** | 0.00 | 15,003,707.78 | 15,003,707.78 | | 0.00 | 0.00 | | |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | | |
| PREFERRED STOCK | | | | | | | | |
| COMMON STOCK | | | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | 8,867,788.87 | 8,867,788.87 | | | | | |
| RETAINED EARNINGS: Filing Date | | -1,769,040.08 | -1,769,040.08 | | | | | |
| RETAINED EARNINGS: Post Filing Date | | 15,632.70 | 15,624.38 | | 15,624.38 | 15,624.38 | 15,624.38 | 15,624.38 |
| TOTAL OWNERS EQUITY (NET WORTH) | 0.00 | 7,114,381.49 | 7,114,373.17 | | 15,624.38 | 15,624.38 | 15,624.38 | 15,624.38 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $0.00 | $22,118,089.27 | $22,118,080.95 | | $15,624.38 | $15,624.38 | $15,624.38 | $15,624.38 |

* Per Schedules and Statement of Affairs

MOR-3

Revised 07/01/98

CASE NAME: SCC Kyle Parterns, Ltd.
CASE NUMBER: 12-11978-HCM

## SCHEDULE OF POST-PETITION LIABILITIES

| | MONTH<br>September | MONTH<br>October | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 0.00 | 0.00 | | | | |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | | | | | | |
| State Payroll Taxes | | | | | | |
| Ad Valorem Taxes | | | | | | |
| Other Taxes | | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | |
| ACCRUED PROFESSIONAL FEES* | | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

MOR-4

Revised 07/01/98

CASE NAME: SCC Kyle Patterns, Ltd.
CASE NUMBER: 12-11978-HCM

## AGING OF POST-PETITION LIABILITIES
MONTH Oct-12

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | |
|---|---|---|---|---|---|
| 0-30 DAYS | | | | | |
| 31-60 DAYS | | | | | |
| 61-90 DAYS | | | | | |
| 91+ DAYS | | | | | |
| TOTAL | $0.00 | | | | $0.00 |

MOR-5

*Revised 07/01/98*

CASE NAME: SCC Kyle Patterns, Ltd.
CASE NUMBER: 12-11978-HCM

## STATEMENT OF INCOME (LOSS)

| | MONTH Sep-12 | MONTH October | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 18,127.14 | | | | | | 18,127.14 |
| TOTAL COST OF REVENUES | | | | | | | 0.00 |
| GROSS PROFIT | 18,127.14 | 0.00 | | 0.00 | | 0.00 | 18,127.14 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | 2,500.00 | | | | | | 2,500.00 |
| General & Administrative | | | | | | | 0.00 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | | | | | | | 0.00 |
| Other | | 17.61 | | | | | 17.61 |
| Other | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 2,500.00 | 17.61 | | 0.00 | | 0.00 | 2,517.61 |
| INCOME BEFORE INT, DEPR./TAX (MOR-1) | 15,627.14 | -17.61 | | 0.00 | | 0.00 | 15,609.53 |
| INTEREST EXPENSE/(INCOME) | -5.56 | -9.29 | | | | | -14.85 |
| DEPRECIATION | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | -5.56 | -9.29 | | 0.00 | | 0.00 | -14.85 |
| NET INCOME BEFORE TAXES | 15,632.70 | -8.32 | | 0.00 | | 0.00 | 15,624.38 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | $15,632.70 | ($8.32) | | $0.00 | | $0.00 | $15,624.38 |

Accrual Accounting Required, Otherwise Footnote with Explanation.
* Footnote Mandatory.
** Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.

MOR-6

Revised 07/01/98

CASE NAME: SCC Kyle Parterns, Ltd.
CASE NUMBER: 12-11978-HCM

| CASH RECEIPTS AND DISBURSEMENTS | MONTH Sep-12 | MONTH October | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $103,779.29 | $119,406.43 | $119,398.11 | $119,398.11 | $119,398.11 | $119,398.11 | $103,779.29 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | 18,127.14 | 9.29 | | | | | 18,136.43 |
| TOTAL RECEIPTS** | 18,127.14 | 9.29 | 0.00 | 0.00 | 0.00 | 0.00 | 18,136.43 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | 2,500.00 | | | | | | 2,500.00 |
| 18. OTHER (attach list) | | 17.61 | | | | | 17.61 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 2,500.00 | 17.61 | 0.00 | 0.00 | 0.00 | 0.00 | 2,517.61 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 2,500.00 | 17.61 | 0.00 | 0.00 | 0.00 | 0.00 | 2,517.61 |
| 22. NET CASH FLOW | 15,627.14 | -8.32 | | | | | 15,618.82 |
| 23. CASH - END OF MONTH (MOR-2) | $119,406.43 | $119,398.11 | $119,398.11 | $119,398.11 | $119,398.11 | $119,398.11 | $119,398.11 |

* Applies to individual debtors only
**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

MOR-7

Revised 07/01/98

CASE NAME: SCC Kyle Parterns, Ltd.
CASE NUMBER: 12-11978-HCM

## CASH ACCOUNT RECONCILIATION
### MONTH OF Oct-12

| BANK NAME | Whitney Bank | | | | Whitney Bank | | |
|---|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | 46546897 | # | | # | 46546927 | | |
| ACCOUNT TYPE | OPERATING | PAYROLL | | TAX | OTHER FUNDS | | TOTAL |
| BANK BALANCE | 9,982.39 | | | | 109,421.28 | | $119,403.67 |
| DEPOSITS IN TRANSIT | 0.00 | | | | 0.00 | | $0.00 |
| OUTSTANDING CHECKS | 0.00 | | | | 0.00 | | $0.00 |
| ADJUSTED BANK BALANCE | $9,982.39 | | $0.00 | | $109,421.28 | | $119,403.67 |
| BEGINNING CASH - PER BOOKS | 10,000.00 | | | | 109,411.99 | | $119,411.99 |
| RECEIPTS* | 0.00 | | | | 9.29 | | $9.29 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | | | | 0.00 | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 17.61 | | | | | | $17.61 |
| ENDING CASH - PER BOOKS | $9,982.39 | | $0.00 | | $109,421.28 | | $119,403.67 |

MOR-8

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7

Revised 07/01/98

CASE NAME: SCC Kyle Parterns, Ltd.
CASE NUMBER: 12-11978-HCM

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

Revised 07/01/98