# EXHIBIT B

# KYLE CASH FLOW

| | | | Project Total | 2012 Q-4 | 2013 Q-1 | 2013 Q-2 | 2013 Q-3 | 2013 Q-4 | 2014 Q-1 |
|---|---|---|---|---|---|---|---|---|---|
| **EXPENSES** | | | | | | | | | |
| *DEBT AMOUNT* | | | $13,974,000 | $13,974,000 | | | | | |
| *CARRY COSTS* | | | | | | | | | |
| Construction Interest | | | 756,389 | 139,740 | 140,861 | 129,688 | 117,932 | 118,901 | 109,268 |
| Est. RE Taxes | | | 450,000 | 300,000 | | | | 150,000 | |
| *OTHER SOFT COSTS* | | | | | | | | | |
| Legal Fees - Leases & Pad Contracts | | | 105,000 | 20,000 | 20,000 | 20,000 | 5,000 | 20,000 | 20,000 |
| GL Insurance | | | 15,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Accounting | | | 18,000 | 1,500 | 6,000 | 1,500 | 1,500 | 1,500 | 6,000 |
| **TOTAL EXPENSES** | | | $15,318,389 | $14,437,740 | $169,361 | $153,688 | $126,932 | $292,901 | $137,768 |
| **REIMBURSEMENTS** | | | | | | | | | |
| Sales Tax Reimbursement | | | (180,000) | -30,000 | -30,000 | -30,000 | -30,000 | -30,000 | -30,000 |
| **TOTAL REIMBURSEMENTS** | | | ($180,000) | | | | | | |
| **REVENUES** | | | | | | | | | |
| Property Sales: | | | | | | | | | |
| BRIDGESTONE/FIRESTONE | 0.74 Acres @ | $26.20 PSF | $844,541 | $844,541 | | | | | |
| HORIZON LAND | 2 Acres @ | $19.50 PSF | $1,698,840 | | 1,533,312 | 1,698,840 | | | |
| AVAIL HEALTHCARE | 3.2 Acres @ | $11.00 PSF | $1,533,312 | | | | | | |
| PROSPECTIVE SALE | 1.5 Acres @ | $25.00 PSF | $1,633,500 | | | | | 1,633,500 | |
| PROSPECTIVE SALE | 0.76 Acres @ | $25.00 PSF | $827,640 | | | | | | 827,640 |
| CLOSING COSTS (7%) | | | ($457,648) | (59,118) | (107,332) | (118,919) | | (114,345) | (57,935) |
| **TOTAL REVENUE** | | | $6,080,185 | $785,423 | $1,425,980 | $1,579,921 | $0 | $1,519,155 | $769,705 |
| **PRINCIPLE REDUCTION** | | | ($4,735,796) | ($321,683) | ($1,256,620) | ($1,299,301) | | ($1,226,254) | ($631,938) |
| **BALANCE** | | | $10,402,593 | $14,086,057 | $12,968,798 | $11,793,184 | $11,890,116 | $10,926,763 | $10,402,593 |