# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SCC KYLE PARTNERS, LTD. | § | CASE NO. 12-11978-HCM |
| (Debtor) | § | (Chapter 11) |

**SUMMARY FOR FIRST INTERIM APPLICATION OF HOHMANN, TAUBE & SUMMERS, L.L.P., COUNSEL TO DEBTORS IN POSSESSION TO DEBTOR IN POSSESSION, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The Firm of Hohmann, Taube & Summers, L.L.P. ("HTS"), counsel to SCC Kyle Partners, Ltd. ("Debtor") in the above-captioned Chapter 11 case submits its Summary for First Interim Application for Allowance of Compensation for Services Rendered and Reimbursement for Expenses Incurred ("Application"). The following is a summary of the information detailed in the Application.

    I.    **Client.** The Debtor is SCC Kyle Partners, Ltd.

    II.    **Requesting Applicant/Firm.** HTS is the Debtors' general bankruptcy counsel.

    III.    **Total Amount of Fees Requested:**

        1.    Fees: $24,120.00;

        2.    Expenses: $1,919.78;

        3.    Pre-petition/payment/retainer as of filing date: $31,000.00, of which $20,446.59 remains;

        4.    Application Period: August 31, 2012-December 31, 2012

    IV.    **Professionals and paraprofessionals billing time to this representation are:**

## TOTALS

| PROFESSIONAL | TITLE | HOURLY RATE | HOURS |
|---|---|---|---|
| Eric J. Taube | Partner | $530 | 15.3 |
| Mark C. Taylor | Partner | $400 | 39 |
| Ann Marie Jezisek | Paralegal | $125 | .6 |
| Sherri Savala | Paralegal | $80 | 4.2 |

MINIMUM FEE INCREMENTS: HTS bills time in tenths of hours.

EXPENSES: HTS is requesting $1,919.78 in expenses. HTS charges 15 cents per page for photocopying; 10 cents per page for outgoing faxes; no charge for incoming faxes; and actual charges (no premium) for services provided by third parties.

AMOUNT ALLOCATED FOR PREPARATION OF THIS FEE APPLICATION: HTS has not requested approval for any fees incurred in drafting this Application.

V. **Prior Applications.** HTS has not filed any previous Applications in this case.

VI. **Other Co-equal or Administrative Claimants in this Case:**

| Name | Party Represented |
|---|---|

None.

Allowance of HTS' First Interim Application will not result in the Debtor's estate not being able to pay all co-equal or superior administrative claims in this case.

VII. **Result Obtained.** As detailed in the application, HTS has: assisted the Debtor in the drafting and filing its first day motions; handled hearings; assisted the Debtor with issues related to managing its property while in Chapter 11, negotiations and dealings with creditors; assisted with discovery and depositions; drafted a plan and disclosure statement; and conducted legal research relating to various matters. The Court has set a confirmation hearing for the

Page 2

Debtor's proposed plan on March 7, 2013. The efforts by HTS were reasonable and necessary to preserve the estate at the time they were rendered, particularly given the ongoing litigation. .

VIII. The Application contains rates in excess of the rate set forth in Appendix 2016(a)(2) of the Local Rules. The rates sought herein are higher than such rates because of the complexity of the case and the expertise of Mark Taylor and Eric J. Taube. Each has over 25 years' experience representing clients in bankruptcy matters and have been recognized locally and regionally as an experienced and high qualified bankruptcy professionals. The average hourly rate charged was $408.12. Moreover, HTS' average hourly rate was not reduced by layers of unnecessary billable personnel. HTS worked with the Debtor to keep expenses down and has spent time in negotiating, not litigating issues in this case. HTS used non-billable personnel in providing substantial support in this representation.

        Respectfully submitted,

        HOHMANN, TAUBE & SUMMERS, L.L.P.

        By:    */s/ Mark C. Taylor*
            Eric J. Taube
            State Bar No. 19679350
            Mark C. Taylor
            State Bar No. 19713225
            100 Congress Ave. Suite 1800
            Austin, TX 78701
            (512) 472-5997
            (512) 472-5248 [fax]

        ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing document has been served upon those parties receiving the Court's ECF e-mail notification and the parties listed on the attached Service List on February 1, 2013.

            */s/ Mark C. Taylor*
            Eric J. Taube