# EXHIBIT B

## EXHIBIT B

### BACKGROUND EXHIBIT TO FIRST INTERIM APPLICATION OF HOHMANN, TAUBE & SUMMERS, L.L.P., COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED

Pursuant to Rule 2016(a)(2)(C) of the Local Rules of the United States Bankruptcy Court for the Western District of Texas, the following background information is submitted with respect to the chapter 11 case, styled *In re SCC Kyle Partners, Ltd.* and pending under the jointly-administered Bankruptcy Case No. 12-11978, before the Honorable H. Christopher Mott

1. Petition Date: August 31, 2012.

2. Order Approving Employment of Counsel, Hohmann, Taube & Summers, L.L.P., as counsel to the Debtor was entered on September 26, 2012.

3. Hohmann, Taube & Summers, L.L.P. has filed no prior fee applications in this case.

4. Hohmann, Taube & Summers, L.L.P. received $31,000.00 in prepetition payments and retainer in this case, of which it currently holds $20,446.59.

5. No fees will be shared in this case.