# EXHIBIT C



**Application granted with compensation to be reviewed and awarded under section 330(a) of Bankruptcy Code, and not under section 328(a) of Bankruptcy Code.**

# IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

**Dated: September 26, 2012.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SCC KYLE PARTNERS, LTD. | § | CASE NO. 12-11978-HCM |
| (Debtor) | § | (Chapter 11) |

### ORDER APPROVING EMPLOYMENT OF COUNSEL

CAME ON FOR CONSIDERATION, the Application of SCC Kyle Partners, Ltd. (the "Debtor") herein to employ Hohmann, Taube & Summers, L.L.P., as counsel, and the Court, being of the opinion that the Application is well taken and should be granted; it is now, therefore,

ORDERED that the employment of Hohmann, Taube & Summers, L.L.P. as counsel for the Debtor, be and it is hereby, approved under 11 U.S.C. § 327(a) at the rates and upon the terms set forth in the Application.

### # # #

8121-5\00129820.000

PREPARED BY:

Eric J. Taube
State Bar No. 19679350
HOHMANN, TAUBE & SUMMERS, L.L.P.
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 472-5997
(512) 472-5248 (FAX)
E-Mail:   erict@hts-law.com

PROPOSED ATTORNEYS FOR DEBTOR

8121-5\00129820.000