# EXHIBIT D

## Hohmann, Taube & Summers, LLP
## 100 Congress Ave 18th Floor
## Austin, TX 78701

Phone: (512)-472-5997     www.hts-law.com     Fax: (512) 472-5248

| | |
|---|---|
| MR. SCOTT DESKINS | Invoice Number: 49927 |
| SCC KYLE PARTNERS, LTD. | Invoice Date: 12/31/2012 |
| 301 CONGRESS AVE STE 1550 | Activity Billed Through: 12/31/2012 |
| AUSTIN, TX 78701-3052 | |

```
Prior Balance Brought Forward       $0.00
Less Payments Received              $0.00
Net Balance Forward                 $0.00
```

**HTS File Number:** 8121 00002 EJT

*RE: CASH COLLATERAL/BUSINESS OPERATIONS*

**For Professional Services Rendered:**

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 09/14/2012 | EJT | 0.20 hrs. | REVIEW AND RESPOND TO E-MAIL FROM BOOKKEEPER REGARDING BANK ACCOUNT. | 106.00 |
| 09/14/2012 | EJT | 0.20 hrs. | REVIEW E-MAIL FROM S. DESKINS REGARDING CASH COLLATERAL BUDGET. | 106.00 |
| 09/24/2012 | MT | 0.40 hrs. | EMAILS REGARDING NOTE PAYMENTS. | 160.00 |
| 09/25/2012 | MT | 0.30 hrs. | EMAILS WITH COUNSEL FOR LIMITED PARTNERS. | 120.00 |
| 10/09/2012 | MT | 0.40 hrs. | REVIEW CORRESPONDENCE FROM S. JORDAN. | 160.00 |
| 10/11/2012 | EJT | 0.20 hrs. | REVIEW E-MAIL REGARDING CONTRACT. | 106.00 |
| 10/11/2012 | MT | 0.40 hrs. | EMAILS WITH S. DESKINS REGARDING PLAT AND CONTRACT ISSUES. | 160.00 |
| 10/12/2012 | EJT | 0.20 hrs. | REVIEW AMENDED DRAFT OF OPERATING REPORT. | 106.00 |
| 10/12/2012 | EJT | 0.10 hrs. | E-MAIL REGARDING SAME. | 53.00 |
| 10/17/2012 | EJT | 0.20 hrs. | REVIEW AND RESPOND TO E-MAIL REGARDING PAYMENT OF U.S. TRUSTEE FEE. | 106.00 |
| 10/18/2012 | MT | 0.20 hrs. | EMAILS WITH S. DESKINS. | 80.00 |
| 10/23/2012 | MT | 0.20 hrs. | EMAILS WITH S. DESKINS AND M. HAGAN. | 80.00 |
| 10/24/2012 | EJT | 0.30 hrs. | TELEPHONE CONFERENCE WITH ATTORNEY FOR WHITNEY BANK REGARDING CASH COLLATERAL MOTION AND AGREED ORDER. | 159.00 |
| 10/30/2012 | EJT | 0.20 hrs. | REVIEW CONTRACT FOR SALE. | 106.00 |
| 10/30/2012 | EJT | 0.20 hrs. | TELEPHONE CONFERENCE WITH ATTORNEY FOR SETON REGARDING PAYMENT ON TAX AGREEMENT. | 106.00 |
| 10/30/2012 | MT | 0.20 hrs. | EMAILS REGARDING PROPERTY SALE. | 80.00 |
| 10/31/2012 | MT | 0.50 hrs. | REVIEW EARNEST MONEY CONTRACT AND EMAILS REGARDING SAME. | 200.00 |
| 11/03/2012 | MT | 0.50 hrs. | WORK ON SALE MOTION AND APPLICATION TO EMPLOY. | 200.00 |
| 11/04/2012 | MT | 1.50 hrs. | DRAFT AVAIL HEALTHCARE'S MOTION FOR SALE AND REVIEW CONTRACT. | 600.00 |
| 11/04/2012 | MT | 1.00 hrs. | DRAFT APPLICATION TO EMPLOY SPECIAL COUNSEL; EMAILS REGARDING SAME. | 400.00 |
| 11/05/2012 | MT | 0.40 hrs. | EMAILS WITH S. DESKINS AND M. HAGAN. | 160.00 |
| 11/08/2012 | MT | 0.20 hrs. | EMAILS REGARDING CASH COLLATERAL ISSUES. | 80.00 |
| 11/09/2012 | MT | 0.20 hrs. | EMAILS WITH S. JORDAN. | 80.00 |

| Date | Tkpr | Hours | Description | Amount |
|---|---|---|---|---|
| 11/09/2012 | MT | 0.20 hrs. | REVIEW SARE ORDER. | 80.00 |
| 11/12/2012 | MT | 0.40 hrs. | REVIEW BRIDGESTONE CONTRACT AND AMENDMENTS. | 160.00 |
| 11/13/2012 | MT | 0.40 hrs. | REVISE AVAIL HEALTHCARE'S MOTION TO SELL. | 160.00 |
| 11/13/2012 | MT | 0.10 hrs. | EMAILS WITH S. DESKINS. | 40.00 |
| 11/14/2012 | MT | 0.40 hrs. | REVISE, FINALIZE AND FILE AVAIL HEALTHCARE'S MOTION TO SELL. | 160.00 |
| 11/14/2012 | MT | 0.30 hrs. | PREPARE MOTION TO EXPEDITE AND ORDER. | 120.00 |
| 11/14/2012 | MT | 0.50 hrs. | REVIEW BRIDGESTONE CONTRACT. | 200.00 |
| 11/14/2012 | MT | 0.50 hrs. | DRAFT BRIDGESTONE MOTION TO SELL. | 200.00 |
| 11/14/2012 | MT | 0.30 hrs. | EMAILS WITH S. DESKINS. | 120.00 |
| 11/15/2012 | MT | 0.50 hrs. | REVISE AND FINALIZE BRIDGESTONE MOTION TO SELL. | 200.00 |
| 11/15/2012 | MT | 1.00 hrs. | PREPARE MOTION TO USE CASH COLLATERAL AND MOTION TO EXPEDITE. | 400.00 |
| 11/15/2012 | MT | 0.20 hrs. | EMAILS WITH S. DESKINS. | 80.00 |
| 11/15/2012 | MT | 0.20 hrs. | EMAILS WITH J. RUIZ. | 80.00 |
| 11/19/2012 | MT | 0.20 hrs. | EMAILS WITH S. DESKINS. | 80.00 |
| 11/29/2012 | MT | 0.50 hrs. | DRAFT SALE ORDER FOR AVAIL HEALTHCARE. | 200.00 |
| 11/29/2012 | MT | 0.20 hrs. | EMAILS WITH COUNSEL FOR TAXING AUTHORITY. | 80.00 |
| 11/29/2012 | MT | 0.10 hrs. | REVIEW EMAIL FROM S. JORDAN. | 40.00 |
| 11/30/2012 | MT | 0.40 hrs. | REVIEW WHITNEY BANK'S OBJECTION. | 160.00 |
| 11/30/2012 | MT | 0.30 hrs. | TELEPHONE CONFERENCE WITH J. COLEMAN. | 120.00 |
| 11/30/2012 | MT | 1.00 hrs. | EMAILS AND MEETING WITH S. DESKINS. | 400.00 |
| 11/30/2012 | MT | 0.40 hrs. | PREPARE EXHIBIT LIST. | 160.00 |
| 11/30/2012 | MT | 0.50 hrs. | PREPARE EXHIBITS. | 200.00 |
| 11/30/2012 | MT | 0.50 hrs. | REVIEW APPRAISAL. | 200.00 |
| 11/30/2012 | MT | 0.50 hrs. | TELEPHONE CONFERENCE AND EMAILS WITH D. SANDERS. | 200.00 |
| 12/02/2012 | MT | 1.30 hrs. | PREPARE FOR HEARINGS, INCLUDING PREPARATION OF WITNESS OUTLINES; REVIEW OF APPRAISAL AND REVIEW OF OBJECTION AND CASE LAW. | 520.00 |
| 12/03/2012 | MT | 0.30 hrs. | CONFERENCE WITH AVILA REPRESENTATIVE. | 120.00 |
| 12/03/2012 | MT | 3.30 hrs. | PREPARE FOR AND ATTEND HEARING ON SALE MOTIONS. | 1,320.00 |
| 12/03/2012 | MT | 0.20 hrs. | EMAILS WITH S. DESKINS REGARDING SALE. | 80.00 |
| 12/05/2012 | MT | 0.30 hrs. | EMAILS WITH S. DESKINS REGARDING FIRESTONE. | 120.00 |
| 12/06/2012 | MT | 0.50 hrs. | EMAILS REGARDING PROPERTY TAX CONSULTANT AND REVIEW CONSULTING AGREEMENT. | 200.00 |
| 12/07/2012 | MT | 0.10 hrs. | EMAILS WITH D. SANDERS. | 40.00 |
| 12/10/2012 | MT | 0.20 hrs. | EMAILS WITH S. DESKINS. | 80.00 |
| 12/11/2012 | MT | 0.50 hrs. | REVIEW AVAIL ORDER AND EMAIL TO COUNSEL. | 200.00 |
| 12/12/2012 | MT | 0.30 hrs. | PREPARE BRIDGESTONE ORDER. | 120.00 |
| 12/12/2012 | MT | 0.20 hrs. | EMAILS WITH S. DESKINS. | 80.00 |
| 12/12/2012 | MT | 0.30 hrs. | EMAILS WITH COUNSEL FOR TAXING AUTHORITIES AND LENDER. | 120.00 |
| 12/14/2012 | MT | 0.20 hrs. | EMAILS WITH J. RUIZ. | 80.00 |
| 12/17/2012 | MT | 0.40 hrs. | REVISE SALE ORDERS. | 160.00 |
| 12/17/2012 | MT | 0.20 hrs. | EMAILS WITH COURT. | 80.00 |
| 12/17/2012 | MT | 0.30 hrs. | EMAILS WITH OPPOSING COUNSEL. | 120.00 |
| 12/18/2012 | MT | 0.30 hrs. | EMAILS WITH COUNSEL FOR TAX AUTHORITIES. | 120.00 |
| 12/18/2012 | MT | 0.20 hrs. | REVISE ORDER. | 80.00 |

                                               Total Professional Services:    $10,994.00

**For Expenses Advanced:**

| Description | Amount |
|---|---|
| LONG DISTANCE CHARGES (V63316) PREMIERE GLOBAL SERVICES - CONFERENCE CALL 08/06/2012. | 12.57 |
| FILING FEE (V63613) AMEX - FILE CHAPTER 11 BANKRUPTCY. | 1,046.00 |
| DELIVERY SERVICES (V64168) TOMMIE'S DELIVERY - TICKET # 7628 ON | 48.00 |

```
Invoice Number    49927                                                         Page    3

     11/30/2012.
     COPYING SERVICES (V64185) DIGATX - 317 MEDIUM-GRADE SCANNING, 24 COLOR       173.98
     SCANS, 4 CDs, AND 1 FLASH DRIVE.
     PARKING FEES                                                                   4.00
     PHOTOCOPIES                                                                  172.95
     POSTAGE                                                                       42.70
                                          Total Expenses Advanced:             $1,500.20
```

Summary:

*Professional Services:*

|  |  |  |  |
|---|---|---|---|
| TAUBE, ERIC J. | 1.80 hrs. | 530.00 /hr | $954.00 |
| TAYLOR, MARK C. | 25.10 hrs. | 400.00 /hr | $10,040.00 |
| **Total Professional Services** |  |  | **$10,994.00** |

*Expenses Advanced:*

| | |
|---|---|
| COPYING SERVICES | $173.98 |
| DELIVERY SERVICES | $48.00 |
| FILING FEE | $1,046.00 |
| LONG DISTANCE CHARGES | $12.57 |
| PARKING FEES | $4.00 |
| PHOTOCOPIES | $172.95 |
| POSTAGE | $42.70 |
| **Total Expenses Advanced** | **$1,500.20** |

| | |
|---|---|
| Total Current Charges | $12,494.20 |
| Net Balance Forward | $0.00 |
| **Please Pay This Amount** | **$12,494.20** |

Please make checks payable to:  Hohmann, Taube & Summers, L.L.P.

# Hohmann, Taube & Summers, LLP
## 100 Congress Ave 18th Floor
## Austin, TX 78701

Phone: (512)-472-5997     www.hts-law.com     Fax: (512) 472-5248

| | |
|---|---|
| MR. SCOTT DESKINS | Invoice Number: 49928 |
| SCC KYLE PARTNERS, LTD. | Invoice Date: 12/31/2012 |
| 301 CONGRESS AVE STE 1550 | Activity Billed Through: 12/31/2012 |
| AUSTIN, TX 78701-3052 | |

| | |
|---|---|
| Prior Balance Brought Forward | $0.00 |
| Less Payments Received | $0.00 |
| Net Balance Forward | $0.00 |

**HTS File Number:** 8121  00003  EJT

RE: CASE ADMINISTRATION

**For Professional Services Rendered:**

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 08/31/2012 | EJT | 0.30 hrs. | ATTENTION TO FILING ISSUES. | 159.00 |
| 08/31/2012 | EJT | 0.20 hrs. | E-MAIL TO AND FROM S. DESKINS REGARDING SAME. | 106.00 |
| 08/31/2012 | EJT | 0.20 hrs. | E-MAIL TO COUNSEL FOR WHITNEY BANK REGARDING AUTOMATIC STAY. | 106.00 |
| 09/10/2012 | EJT | 0.20 hrs. | REVIEW AND RESPOND TO E-MAIL FROM U.S. TRUSTEE'S OFFICE REGARDING INITIAL DEBTOR CONFERENCE. | 106.00 |
| 09/10/2012 | EJT | 0.20 hrs. | E-MAIL TO S. DESKINS REGARDING SAME. | 106.00 |
| 09/10/2012 | MT | 0.20 hrs. | REVIEW EMAIL REGARDING INITIAL DEBTOR CONFERENCE. | 80.00 |
| 09/13/2012 | EJT | 0.20 hrs. | TELEPHONE CONFERENCE WITH LIBBY SIMONSON REGARDING INFORMATION FOR INITIAL DEBTOR CONFERENCE. | 106.00 |
| 09/14/2012 | EJT | 0.20 hrs. | REVIEW E-MAIL FROM S. JORDAN REGARDING CLAIMS. | 106.00 |
| 09/14/2012 | EJT | 0.40 hrs. | REVISE SCHEDULES AND STATEMENT OF AFFAIRS. | 212.00 |
| 09/14/2012 | EJT | 0.30 hrs. | TELEPHONE CONFERENCE WITH S. DESKINS REGARDING SAME. | 159.00 |
| 09/14/2012 | SAS | 0.30 hrs. | DRAFT AMENDED MATRIX TO ADD ADDITIONAL CREDITOR. | 24.00 |
| 09/14/2012 | SAS | 1.50 hrs. | REVISIONS TO SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS IN PREPARATION OF FILING. | 120.00 |
| 09/14/2012 | SAS | 0.50 hrs. | EXCHANGE E-MAILS WITH S. DESKINS REGARDING REVIEW AND EXECUTION OF SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS. | 40.00 |
| 09/18/2012 | EJT | 0.20 hrs. | REVIEW AND RESPOND TO E-MAIL FROM COUNSEL FOR LIMITED PARTNERS. | 106.00 |
| 09/18/2012 | EJT | 0.40 hrs. | EXCHANGE E-MAILS WITH S. DESKINS REGARDING INFORMATION FOR IDC. | 212.00 |
| 09/18/2012 | EJT | 0.30 hrs. | TELEPHONE CONFERENCE WITH ATTORNEY FOR SETON. | 159.00 |
| 09/18/2012 | MT | 0.20 hrs. | EMAILS WITH S. DESKINS REGARDING INITIAL DEBTOR CONFERENCE. | 80.00 |
| 09/18/2012 | SAS | 0.70 hrs. | EXCHANGE E-MAILS WITH LIBBY AND SCOTT REGARDING INITIAL DEBTOR REPORT AND INFORMATION REQUIRED FOR SUBMISSION. | 56.00 |
| 09/20/2012 | MT | 1.50 hrs. | ATTEND INITIAL DEBTOR CONFERENCE. | 600.00 |
| 09/20/2012 | MT | 0.30 hrs. | EMAILS WITH S. DESKINS REGARDING INFORMATION REQUESTED BY UNITED STATES TRUSTEE. | 120.00 |
| 09/25/2012 | SAS | 0.20 hrs. | REVIEW E-MAIL FROM S. DESKINS REGARDING ADDITIONAL | 16.00 |

Invoice Number   49928                                                                                 Page   2

|            |     |           |                                                                                          |        |
|------------|-----|-----------|------------------------------------------------------------------------------------------|--------|
|            |     |           | UNSECURED CREDITOR.                                                                      |        |
| 09/26/2012 | MT  | 0.20 hrs. | EMAILS WITH S. DESKINS.                                                                  |  80.00 |
| 09/27/2012 | EJT | 1.00 hrs. | EXTENDED TELEPHONE CONFERENCE WITH S. JORDAN, P. PLANT, AND S. DESKINS REGARDING CASE ADMINISTRATION AND 341 MEETING. | 530.00 |
| 09/27/2012 | EJT | 0.50 hrs. | REVIEW E-MAIL FROM S. JORDAN AND PROPOSED REVISIONS TO SCHEDULES.                        | 265.00 |
| 09/27/2012 | MT  | 1.00 hrs. | CONFERENCE CALL WITH S. DESKINS AND COUNSEL FOR LIMITED PARTNERS.                        | 400.00 |
| 09/27/2012 | SAS | 0.50 hrs. | EXCHANGE E-MAILS WITH L. SIMONSON REGARDING MONTHLY OPERATING REPORT FILING EACH MONTH.  |  40.00 |
| 09/28/2012 | EJT | 0.20 hrs. | REVIEW AND RESPOND TO E-MAIL FROM S. JORDAN REGARDING SCHEDULES.                         | 106.00 |
| 09/28/2012 | EJT | 0.10 hrs. | REVIEW E-MAIL FROM S. DESKINS.                                                           |  53.00 |
| 09/29/2012 | EJT | 0.30 hrs. | REVIEW E-MAILS FROM S. JORDAN AND M. HAGAN REGARDING DEBT OWED TO PARTNERSHIP.           | 159.00 |
| 09/29/2012 | EJT | 0.10 hrs. | RESPOND TO SAME.                                                                         |  53.00 |
| 10/02/2012 | EJT | 0.80 hrs. | MEETING WITH S. DESKINS TO PREPARE FOR 341 MEETING.                                      | 424.00 |
| 10/02/2012 | EJT | 0.20 hrs. | TELEPHONE CONFERENCE WITH S. JORDAN REGARDING SCHEDULE AMENDMENT.                        | 106.00 |
| 10/03/2012 | MT  | 1.20 hrs. | MEETING WITH S. DESKINS AND ATTEND 341 MEETING.                                          | 480.00 |
| 10/10/2012 | EJT | 0.20 hrs. | REVIEW AND RESPOND TO E-MAIL REGARDING MONTHLY OPERATING REPORT.                         | 106.00 |
| 10/10/2012 | EJT | 0.30 hrs. | REVIEW DRAFT MONTHLY OPERATING REPORT.                                                   | 159.00 |
| 10/11/2012 | MT  | 0.30 hrs. | TELEPHONE CONFERENCE WITH S. JORDAN.                                                     | 120.00 |
| 10/11/2012 | SAS | 0.50 hrs. | REVIEW AND RESPOND TO E-MAILS FROM LIBBY SIMONSON REGARDING MONTHLY OPERATING REPORT REVISIONS. |  40.00 |
| 10/22/2012 | EJT | 0.20 hrs. | REVIEW E-MAIL FROM S. JORDAN.                                                            | 106.00 |
| 10/26/2012 | EJT | 0.30 hrs. | TELEPHONE CONFERENCE WITH ATTORNEY FOR SETON REGARDING STATUS OF CASE.                   | 159.00 |
| 10/26/2012 | AMM | 0.10 hrs. | E-MAILS WITH I. MURGUIA REGARDING SAME.                                                  |  12.50 |
| 10/26/2012 | AMM | 0.10 hrs. | TELEPHONE CONFERENCE WITH I. MURGUIA REGARDING STATUS OF CASE.                           |  12.50 |
| 11/30/2012 | EJT | 0.30 hrs. | REVIEW OBJECTION TO SALE BY WHITNEY.                                                     | 159.00 |
| 11/30/2012 | EJT | 0.10 hrs. | E-MAIL TO S. DESKINS REGARDING SAME.                                                     |  53.00 |
| 11/30/2012 | EJT | 0.80 hrs. | MEET WITH S. DESKINS AND M. TAYLOR IN PREPARATION FOR HEARING.                           | 424.00 |

                                                        Total Professional Services:    $6,826.00

**For Expenses Advanced:**

| | |
|---|---:|
| DELIVERY SERVICES (V63553) TOMMIE'S DELIVERY - TICKET # 7374 ON 09/04/2012. | 24.00 |
| DELIVERY SERVICES (V63553) TOMMIE'S DELIVERY - TICKET # 7375 ON 09/17/2012. | 48.00 |
| FILING FEE (V63613) AMEX - FILE AMENDED MATRIX. | 30.00 |
| LONG DISTANCE CHARGES (V63667) PREMIERE GLOBAL SERVICES - CONFERENCE CALL 09/27/2012. | 97.46 |
| PHOTOCOPIES | 76.35 |
| Total Expenses Advanced: | $275.81 |

**Summary:**

*Professional Services:*

|            |            |             |           |
|------------|-----------|-------------|-----------|
| TAUBE, ERIC J. | 8.50 hrs. | 530.00 /hr | $4,505.00 |

```
        TAYLOR, MARK C.           4.90 hrs.    400.00 /hr        $1,960.00
        JEZISEK, ANN MARIE        0.20 hrs.    125.00 /hr           $25.00
        SAVALA, SHERRI A.         4.20 hrs.     80.00 /hr          $336.00
        Total Professional Services                              $6,826.00
```

*Expenses Advanced:*

```
        DELIVERY SERVICES                                            $72.00
        FILING FEE                                                   $30.00
        LONG DISTANCE CHARGES                                        $97.46
        PHOTOCOPIES                                                  $76.35
        Total Expenses Advanced                                     $275.81


        Total Current Charges                                     $7,101.81
        Net Balance Forward                                           $0.00
        Please Pay This Amount                                    $7,101.81
```

Please make checks payable to:   Hohmann, Taube & Summers, L.L.P.

**Hohmann, Taube & Summers, LLP**
100 Congress Ave 18th Floor
Austin, TX 78701

Phone: (512)-472-5997     www.hts-law.com     Fax: (512) 472-5248

| | |
|---|---|
| MR. SCOTT DESKINS<br>SCC KYLE PARTNERS, LTD.<br>301 CONGRESS AVE STE 1550<br>AUSTIN, TX 78701-3052 | Invoice Number  49929<br>Invoice Date  12/31/2012<br>Activity Billed Through  12/31/2012 |

|  |  |
|---|---|
| Prior Balance Brought Forward | $0.00 |
| Less Payments Received | $0.00 |
| Net Balance Forward | $0.00 |

**HTS File Number:** 8121  00004  EJT

*RE: CLAIMS*

**For Professional Services Rendered:**

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 09/24/2012 | EJT | 0.40 hrs. | REVIEW E-MAILS FROM S. JORDAN REGARDING CLAIM ISSUES. | 212.00 |
| 09/24/2012 | EJT | 0.20 hrs. | REVIEW E-MAILS FROM S. DESKINS REGARDING SAME AND PARTNERSHIP AMENDMENT. | 106.00 |
| 09/27/2012 | EJT | 0.20 hrs. | REVIEW E-MAIL FROM S. JORDAN REGARDING PLAN DISCUSSIONS ITEMS; REVIEW PROOF OF CLAIM FROM HAYS COUNTY. | 106.00 |
| | | | **Total Professional Services:** | **$424.00** |

**For Expenses Advanced:**

| | |
|---|---|
| Total Expenses Advanced: | $0.00 |

**Summary:**

*Professional Services:*

| | | | |
|---|---|---|---|
| TAUBE, ERIC J. | 0.80 hrs. | 530.00 /hr | $424.00 |
| **Total Professional Services** | | | **$424.00** |

*Expenses Advanced:*

| | |
|---|---|
| **Total Expenses Advanced** | $0.00 |

| | |
|---|---|
| Total Current Charges | $424.00 |
| Net Balance Forward | $0.00 |
| **Please Pay This Amount** | **$424.00** |

Please make checks payable to: Hohmann, Taube & Summers, L.L.P.

Hohmann, Taube & Summers, LLP
100 Congress Ave 18th Floor
Austin, TX 78701

Phone: (512)-472-5997    www.hts-law.com    Fax: (512) 472-5248

```
MR. SCOTT DESKINS                         Invoice Number              49930
SCC KYLE PARTNERS, LTD.                   Invoice Date                12/31/2012
301 CONGRESS AVE STE 1550                 Activity Billed Through     12/31/2012
AUSTIN, TX  78701-3052
```

```
          Prior Balance Brought Forward          $0.00
          Less Payments Received                 $0.00
          Net Balance Forward                    $0.00
```

**HTS File Number:**   8121   00006   EJT

*RE:  PLAN/DISCLOSURE STATEMENT*

**For Professional Services Rendered:**

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/25/2012 | EJT | 1.00 hrs. | TELEPHONE CONFERENCE WITH S. JORDAN, P. PLANT AND S. DESKINS REGARDING SALE OF PROPERTY AND PLAN COMPONENTS. | 530.00 |
| 10/29/2012 | EJT | 0.30 hrs. | REVIEW CASH FLOW STATEMENT FOR PLAN DRAFT. | 159.00 |
| 11/06/2012 | EJT | 0.10 hrs. | REVIEW RESPONSE. | 53.00 |
| 11/06/2012 | EJT | 0.20 hrs. | E-MAIL TO S. DESKINS REGARDING DISCLOSURE STATEMENT. | 106.00 |
| 11/06/2012 | MT | 0.80 hrs. | BEGIN WORK ON PLAN AND DISCLOSURE STATEMENT. | 320.00 |
| 11/06/2012 | MT | 0.20 hrs. | REVIEW BUDGET AND CASH FLOW. | 80.00 |
| 11/09/2012 | EJT | 0.20 hrs. | E-MAIL TO AND FROM S. JORDAN. | 106.00 |
| 11/09/2012 | EJT | 0.20 hrs. | REVIEW ORDER ON SINGLE ASSET REAL ESTATE. | 106.00 |
| 11/16/2012 | MT | 0.50 hrs. | WORK ON DISCLOSURE STATEMENT AND PLAN. | 200.00 |
| 11/18/2012 | MT | 3.00 hrs. | DRAFT DISCLOSURE STATEMENT. | 1,200.00 |
| 11/19/2012 | EJT | 0.10 hrs. | REVIEW E-MAIL FROM S. JORDAN. | 53.00 |
| 11/19/2012 | EJT | 0.20 hrs. | E-MAIL TO S. DESKINS, P. PLANT AND S. JORDAN. | 106.00 |
| 11/19/2012 | EJT | 0.50 hrs. | REVISE DISCLOSURE STATEMENT. | 265.00 |
| 11/20/2012 | EJT | 0.20 hrs. | REVIEW RESPONSE. | 106.00 |
| 11/20/2012 | EJT | 0.10 hrs. | E-MAIL TO S. JORDAN. | 53.00 |
| 11/20/2012 | EJT | 0.50 hrs. | CONTINUE REVISIONS TO DISCLOSURE STATEMENT. | 265.00 |
| 11/26/2012 | EJT | 0.10 hrs. | E-MAIL TO S. JORDAN. | 53.00 |
| 11/26/2012 | EJT | 0.50 hrs. | TELEPHONE CONFERENCE WITH S. DESKINS REGARDING PLAN PAYMENT PROVISION. | 265.00 |
| 11/26/2012 | MT | 0.40 hrs. | TELEPHONE CONFERENCE WITH S. DESKINS REGARDING DISCLOSURE STATEMENT. | 160.00 |
| 11/26/2012 | MT | 0.30 hrs. | WORK ON REVISIONS. | 120.00 |
| 11/26/2012 | MT | 0.50 hrs. | BEGIN REVIEW OF LOAN DOCUMENTS. | 200.00 |
| 11/27/2012 | MT | 0.50 hrs. | WORK ON REVISIONS TO DISCLOSURE STATEMENT. | 200.00 |
| 11/28/2012 | MT | 1.50 hrs. | REVISE DRAFT OF PLAN AND DISCLOSURE STATEMENT AND PREPARE EXHIBITS. | 600.00 |
| 11/28/2012 | MT | 0.20 hrs. | EMAILS WITH S. DESKINS. | 80.00 |
| 11/28/2012 | MT | 0.40 hrs. | CONFERENCE CALL REGARDING DISCLOSURE STATEMENT. | 160.00 |
| 11/28/2012 | MT | 0.20 hrs. | EMAILS WITH S. JORDAN. | 80.00 |
| 11/28/2012 | AMM | 0.40 hrs. | REVIEW FILE AND OBTAIN VARIOUS FILINGS TO DETERMINE | 50.00 |

| Invoice Number | 49930 | | | | Page | 2 |

| | | | | |
|---|---|---|---|---|
| | | | WHETHER ANY ADDITIONAL PARTIES SHOULD BE ADDED TO SERVICE LIST FOR MAILOUT OF PLAN. | |
| 11/29/2012 | MT | 0.20 hrs. | EMAILS WITH S. DESKINS. | 80.00 |
| 12/17/2012 | MT | 0.30 hrs. | REVIEW U.S. TRUSTEE'S OBJECTION TO DISCLOSURE STATEMENT. | 120.00 |
| | | | Total Professional Services: | $5,876.00 |

**For Expenses Advanced:**

| | |
|---|---|
| LONG DISTANCE CHARGES (V64291) PREMIERE GLOBAL SERVICES - CONFERENCE CALL 11/28/2012. | 45.33 |
| PHOTOCOPIES | 75.90 |
| POSTAGE | 22.50 |
| Total Expenses Advanced: | $143.73 |

Summary:

*Professional Services:*

| | | | |
|---|---|---|---|
| TAUBE, ERIC J. | 4.20 hrs. | 530.00 /hr | $2,226.00 |
| TAYLOR, MARK C. | 9.00 hrs. | 400.00 /hr | $3,600.00 |
| JEZISEK, ANN MARIE | 0.40 hrs. | 125.00 /hr | $50.00 |
| Total Professional Services | | | $5,876.00 |

*Expenses Advanced:*

| | |
|---|---|
| LONG DISTANCE CHARGES | $45.33 |
| PHOTOCOPIES | $75.90 |
| POSTAGE | $22.50 |
| Total Expenses Advanced | $143.73 |

| | |
|---|---|
| Total Current Charges | $6,019.73 |
| Net Balance Forward | $0.00 |
| **Please Pay This Amount** | **$6,019.73** |

Please make checks payable to: Hohmann, Taube & Summers, L.L.P.