IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN THE MATTER OF:                          CASE NO. 12-11978

SCC KYLE PARTNERS, LTD

DEBTOR                                          CHAPTER 11

ORDER ON
MOTION TO VACATE JUDGMENT OR IN THE ALTERNATIVE, AMEND THE
JUDGMENT PURSUANT TO BANKRUPTCY RULE 9023

CAME ON FOR CONSIDERATION the Motion to Vacate Judgment or in the Alternative, Amend the Judgment Pursuant to Bankruptcy Rule 9023 filed by the County of Hays, et al, and Hays CISD.

The Court finds that the motion is well taken,

IT IS, THEREFORE, ORDERED that the Order Approving the Sale of Real Estate to Horizon Land Company, LLC , Free and Clear of Liens Under 11 U.S.C. § 363(f), is hereby amended to provide that the liens securing the payment of the 2013 property taxes be retained until payment of those taxes or that the estimated 2013 taxes be escrowed at closing.

_____

HONORABLE H. CHRISTOPHER MOTT,

UNITED STATES BANKRUPTCY JUDGE

Respectfully submitted,

*/s/Lee Gordon*
Lee Gordon
Texas Bar No. 08212500
McCREARY, VESELKA, BRAGG & ALLEN, P.C.
P. O. Box 1269
Round Rock, Texas 78680
Telephone: (512) 323-3200
Facsimile: (512) 323-3205

Attorneys for the County of Hays, et al,

and

*/s/ Diane W. Sanders*
Diane W. Sanders
Texas Bar No. 16415500
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760-7428
Telephone: (512) 447-6675
Facsimile: (512) 443-5114

Attorneys for Hays CISD