UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| SCC KYLE PARTNERS, LTD. | § | Case No. 12-11978-hcm-11 |
| | § | (Chapter 11) |
| Debtor. | § | |

# DEBTOR'S SECOND REPORT CONCERNING MEDIATION

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

The parties attended a mediation on May 23, 2013 with former Bankruptcy Judge Frank Monroe. The parties were unable to settle this matter.

Respectfully submitted,

HOHMANN, TAUBE & SUMMERS, L.L.P.

By: */s/ Mark C. Taylor*
Eric J. Taube
State Bar No. 19679350
Mark C. Taylor
State Bar No. 19713225
Cleveland R. Burke
State Bar No. 24064975
100 Congress Avenue, 18th Floor
Austin, Texas 78701
(512) 472-5997
(512) 472-5248 (FAX)

ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on May 24, 2013, a true and correct copy of this document was served electronically on all registered ECF users in this case, and by U.S. First Class Mail on the parties identified on the attached service list:

                                        */s/ Mark C. Taylor*
                                        Mark C. Taylor

00230632.000.DOCX