## SERVICE LIST

Bridgestone Retail Operations, LLC
333 E. Lake Street
Bloomingdale, IL 60108

Hays Central Appraisal District
21001 IH 35 North
Kyle, TX 78640

Horizons Land Company, LLC
3314 Three Rivers Drive
Austin, TX 78746

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Libby Simonson
P.O. Box 1806
Liberty, TX 77575

SCC Kyle Lot 1-J, Ltd.
301 Congress Ave., Suite 1550
Austin, TX 78701

Texas EcoGrow
10135 Metropolitan Dr.
Austin, TX 78758

U.S. Trustee
903 San Jacinto Blvd., Suite 230
Austin, TX 78701

Whitney National Bank
4265 San Felipe, Suite 200
Houston, TX 77027

**PARTIES REQUESTING NOTICE**
Hays CISD
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

Kyle Investment Group, LLC
c/o Shelby A. Jordan
Jordan, Hyden, Womble, Culbreth &
  Holzer P.C.
500 North Shoreline Blvd., Suite 900
Corpus Christi, TX 78401-0341

Whitney National Bank
c/o James G. Ruiz
Winstead PC
401 Congress Avenue, Suite 2100
Austin, TX 78701

County of Hays
c/o Lee Gordon
McCreary, Veselka, Bragg & Allen, PC
P.O. Box 1269
Round Rock, TX 78680

Whitney National Bank
c/o Joseph G. Epstein & Sean B. Davis
Winstead PC
1100 JPMorgan Chase Tower
600 Travis St.
Houston, TX 77002

Seton Family of Hospitals
c/o Ida A. Murguia, R.N., J.D.
Seton Administration Offices, Suite 410.2
1345 Philomena Street
Austin, Texas 78723

Lynn Butler
Brown McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, TX 78701

8121-5\00134845.000