**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 14, 2013.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 12-11978-HCM |
| SCC KYLE PARTNERS, LTD., | § | |
| | § | |
| Debtor. | § | CHAPTER 11 |

**ORDER DENYING
<u>MOTION TO DISMISS CASE OR TO CONVERT CASE TO CHAPTER 7</u>**

On April 4 and 16, 2013, the Court conducted a consolidated hearing on the Motion to Dismiss Case or to Convert Debtor's Case to Chapter 7 (dkt# 57) filed by Whitney Bank. On even date herewith, the Court has entered its Consolidated Opinion Regarding Confirmation of Plan of Reorganization and Related Motions ("Opinion"). For the reasons set forth in the Opinion, which is incorporated herein by reference,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss Case or to Convert Debtor's Case to Chapter 7 (dkt# 57) is hereby **DENIED**.

# # #