# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
**903 San Jacinto, Suite 322**
**Austin, Texas 78701**

*YVETTE M. TAYLOR*  
*CLERK OF COURT*

*(512) 916–5237*

**DATE:** July 16, 2013

**RE:** Notice of Appeal (or Cross Appeal)  
      Bankruptcy Case No.: **12–11978–hcm**  
      Case Style: SCC Kyle Partners, Ltd.

Dear Mr. James G Ruiz:

Rule 8006 of the Federal Rules of Bankruptcy Procedure states in pertinent part:

**Any party filing a designation of the items to be included in the record shall provide to the Clerk, a copy of the items designated or, if the party fails to provide the copy, the Clerk shall prepare the copy at the expense of the party.**

District Court Local Rule CV–5 requires that all copies of the record be submitted in duplicate.

If you will be providing copies of the record, they should be submitted to our office within 15 days. If you want the Clerk's office to make copies at your expense, notify the Clerk's office at the time of filing your designated items. The cost of copies, when supplied by the Clerk's Office is $.50 per page and there is an additional $30.00 search fee charge **for each paper document** when obtained from the court's manual case file.

Yvette M. Taylor  
Clerk, U. S. Bankruptcy Court

BY: Anita Chapman

cc: Interested parties per Notice of Appeal

---

511 E. San Antonio Avenue, Suite 444  
El Paso, Texas 79901  
(915) 779–7362

U.S. Post Office Annex  
100 E. Wall Street, Room P–163  
Midland, Texas 79701  
(432) 683–1650

Hipolito F. Garcia Federal Bldg and U.S. Courthouse  
615 E. Houston Street, Suite 597  
San Antonio, Texas 78205  
(210) 472–6720

800 Franklin Avenue, Suite 140  
Waco, Texas 76701  
(254) 750–1513

[Notice of Appeal Letter] [Ltrnaplap]