IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 12-11978-HCM-11 |
| SCC KYLE PARTNERS, LTD., | § | (CHAPTER 11) |
| | § | |
| DEBTOR. | § | |

### ORDER GRANTING STAY PENDING APPEAL

CAME ON TO BE CONSIDERED the Amended Motion to Stay Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8005 (the "Motion") filed by Whitney Bank, individually and as agent for certain pre-petition lenders ("Whitney Bank"). Having considered the Motion, and based on the arguments of counsel and the record before the Court, the Court finds that Whitney Bank's request for a stay should be granted. It is accordingly,

**ORDERED** that the Motion is **GRANTED**, and the effect of the Order Confirming Debtor's Second Amended Plan of Reorganization under Chapter 11, Title 11 United States Code, signed and entered on July 1, 2013 [Docket # 133] is **STAYED** pending the exhaustion of the Whitney Bank's appellate remedies.

###