**Continued hearing shall be held on 8/7/2013 at 02:00 PM in Austin Courtroom 2. Movant is responsible for notice.**



# IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.

## Dated: July 29, 2013.

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| SCC KYLE PARTNERS, LTD. | § | Case No. 12-11978-hcm-11 |
| | § | (Chapter 11) |
| Debtor. | § | |

### ORDER GRANTING CONTINUANCE AND RESETTING HEARING ON WHITNEY BANK'S MOTION TO STAY PENDING APPEAL

BE IT REMEMBERED that in this District, came on for consideration the Motion for Continuance filed by SCC Kyle Partners, Ltd.; the Court, finding that counsel for Whitney Bank has agreed to the continuance as requested and that such continuance is GRANTED; it is therefore,

ORDERED, ADJUDGED and DECREED that the hearing on Whitney Bank's Motion to Stay Pending Appeal [Docket #144] is hereby reset until August 7, 2013 at 1:00 p.m. before this Court.

# # #

8121-3\00254929.000