**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 07, 2013.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| SCC KYLE PARTNERS, LTD., | § | Case No. 12-11978-HCM |
| | § | |
| Debtor. | § | (Chapter 11) |

### ORDER DENYING AMENDED MOTION FOR STAY PENDING APPEAL

On August 7, 2013, the Court conducted a hearing on the Amended Motion for Stay Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8005 (dkt# 144) ("Motion") filed by Appellant Whitney Bank. SCC Kyle Partners Ltd. ("Reorganized Debtor"), Whitney Bank, and their respective counsel appeared at the hearing. After considering the Motion, the Response thereto filed by the Reorganized Debtor (dkt# 159), the evidence, the record, and the arguments of counsel, the Court finds that the Motion should be denied for the reasons stated by the Court on the record at the hearing.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Appellant Whitney Bank's Amended Motion for Stay Pending Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8005 (dkt# 144) be and is hereby DENIED.

# # #