# UNITED STATES BANKRUPTCY COURT
### *Western District of Texas*
**903 San Jacinto, Suite 322**
**Austin, Texas 78701**

*YVETTE M. TAYLOR*  
*CLERK OF COURT*

*(512) 916-5237*

**DATE:** November 6, 2013

**RE:** Notice of Appeal (or Cross Appeal)  
       Bankruptcy Case No.: **12–11978–hcm**  
       Case Style: SCC Kyle Partners, Ltd.

Dear   Mr. Ruiz:

Rule 8006 of the Federal Rules of Bankruptcy Procedure states in pertinent part:

> **Any party filing a designation of the items to be included in the record shall provide to the Clerk, a copy of the items designated or, if the party fails to provide the copy, the Clerk shall prepare the copy at the expense of the party.**

District Court Local Rule CV–5 requires that all copies of the record be submitted in duplicate.

If you will be providing copies of the record, they should be submitted to our office within 15 days. If you want the Clerk's office to make copies at your expense, notify the Clerk's office at the time of filing your designated items. The cost of copies, when supplied by the Clerk's Office is $.50 per page and there is an additional $30.00 search fee charge **for each paper document** when obtained from the court's manual case file.

                                Yvette M. Taylor  
                                Clerk, U. S. Bankruptcy Court

                                BY: Estella Benitez Hernandez

cc:    Interested parties per Notice of Appeal

---

| | | | |
|---|---|---|---|
| **511 E. San Antonio Avenue, Suite 444**<br>El Paso, Texas 79901<br>(915) 779–7362 | **U.S. Post Office Annex**<br>100 E. Wall Street, Room P–163<br>Midland, Texas 79701<br>(432) 683–1650 | **Hipolito F. Garcia Federal Bldg**<br>and U.S. Courthouse<br>615 E. Houston Street, Suite 597<br>San Antonio, Texas 78205<br>(210) 472–6720 | **800 Franklin Avenue, Suite 140**<br>Waco, Texas 76701<br>(254) 750–1513 |

[Notice of Appeal Letter] [Ltrnaplap]