IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| SCC KYLE PARTNERS, LTD., | § | Case No. 12-11978-HCM |
| | § | (Chapter 11) |
| Debtor. | § | |

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

TO THE CLERK OF THE BANKRUPTCY COURT:

Whitney Bank, successor-by-merger to Whitney National Bank, individually and as agent for certain pre-petition lenders (collectively, "Whitney Bank"), designates the following items to be included in the record on the appeal of the Order Denying Whitney Bank's Objection to Claim of Seton Family of Hospitals [Docket No. 185]:

| Filing Date | Docket # | Docket Text |
|---|---|---|
| 08/31/2012 | 1 | Voluntary Petition under Chapter 11 Without Schedules, Without Statement of Financial Affairs, Without Attorney Disclosure of Compensation |
| 09/14/2012 | 8 | Schedules, Statements, and Summary filed by SCC Kyle Partners, Ltd. |
| 1/15/2013 | Claim No. 4-2 | Amended Proof of Claim filed by Seton Family of Hospitals |
| 04/23/2013 | 106 | Objection to Claim of Seton Family of Hospitals filed by Whitney Bank |
| 05/17/2013 | 121 | Joint Response to Whitney Bank's Objection to Seton's Claim filed by Debtor and Seton Family of Hospitals |
| 8/29/2013 | 174 | Exhibit and Witness List for Hearing on Objection to Claim of Seton Family of Hospitals |
| 10/17/2013 | 183 | Order Setting Hearing on Ruling on Objection to Claim of Seton Family of Hospitals |
| 10/25/2013 | 185 | Order Denying Objection to Claim of Seton family of Hospitals |
| 11/5/2013 | 189 | Whitney Bank's Notice of Appeal |

| Filing Date | Docket # | Docket Text |
|---|---|---|
| | | Transcript of Hearing on Objection to Claim of Seton Family of Hospitals held on August 29, 2013 |
| | | Transcript of Oral Ruling on Objection to Claim of Seton Family of Hospitals announced in open court on October 25, 2013 |
| | | Docket Sheet in Case No. 12-11978 |
| | | Hearing Exhibits – August 29, 2013 Hearing on the Objection to Claim of Seton Family of Hospitals |

DATED: November 5, 2013

**WINSTEAD PC**
401 Congress Ave., Suite 2100
Austin, Texas 78701
512/370-2800 – telephone
512/370-2850 – facsimile

By: /s/ *James G. Ruiz*
    James G. Ruiz
    State Bar No. 17385860

**ATTORNEYS FOR WHITNEY BANK, APPELLANT/ SECURED CREDITOR**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of November 2013, a true and correct copy of this document was served electronically on all registered ECF users in this case, and by U.S. first class mail on all persons identified below.

Eric J. Taube
Mark C. Taylor
Hohmann Taube & Summers, LLP.
100 Congress Ave., Suite 1800
Austin, TX 78701

Ida A. Murguia, JD
Seton Family of Hospitals
1345 Philomena Street, Suite 410.2
Austin, Texas 78723

　　　　　　　　　　　　　　　　　　　　/s/ *James G. Ruiz*
　　　　　　　　　　　　　　　　　　　　James G. Ruiz