UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| SCC KYLE PARTNERS, LTD. | § | Case No. 12-11978-hcm |
| Debtor. | § | (Chapter 11) |

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL**

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

SCC Kyle Partners, Ltd. files this Designation of Additional Items to be Included in the Record on Appeal in regard to Whitney Bank's appeal of the Order Denying Whitney Bank's Objection to Claim of Seton Family of Hospitals [Doc. 185], as follows:

1. Amended Joint Exhibit List of SCC Kyle Partners, Ltd. and Seton Family of Hospitals for Hearing on Whitney Bank's Objection to Claim of Seton Family of Hospitals, filed August 27, 2013 [Doc. 169]; and

2. All hearing exhibits offered by Seton Family of Hospitals or Debtor at August 29, 2013 hearing on Objection to Claim of Seton Family of Hospitals.

Respectfully submitted,

HOHMANN, TAUBE & SUMMERS, L.L.P.

By: /s/ Mark C. Taylor
    Eric J. Taube
    State Bar No. 19679350
    Mark C. Taylor
    State Bar No. 19713225
    Cleveland R. Burke
    State Bar No. 24064975
    100 Congress Avenue, 18th Floor
    Austin, Texas 78701
    (512) 472-5997
    (512) 472-5248 (FAX)

ATTORNEYS FOR DEBTOR/APPELLEE

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on November 19, 2013, a true and correct copy of this document was served electronically on all registered ECF users in this case, and by U.S. First Class Mail on the parties listed below:

| | |
|---|---|
| Whitney National Bank | Seton Family of Hospitals |
| c/o James G. Ruiz | c/o Ida A. Murguia, R.N., J.D. |
| Winstead PC | Seton Administration Offices, Suite 410.2 |
| 401 Congress Avenue, Suite 2100 | 1345 Philomena Street |
| Austin, TX 78701 | Austin, Texas 78723 |

                                                                                               */s/ Mark C. Taylor*
                                                                                               Mark C. Taylor