# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

FILED DEC 17 2013 U.S. BANKRUPTCY COURT BY _____ DEPUTY

FILED 2013 DEC 17 PM 11:39 CLERK US DISTRICT COURT WESTERN DISTRICT OF TEXAS BY _____ DEPUTY

Bankruptcy Case No.: 12-11978-hcm
Chapter No.: 11
Judge: H. Christopher Mott

IN RE: **SCC Kyle Partners, Ltd.**, Debtor(s)

**A13CV1064 LY**

## TRANSMISSION OF RECORD ON APPEAL TO DISTRICT COURT

TO THE CLERK, U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS:

The undersigned hereby transmits (pursuant to FRBP 8007(b)) two copies of the following records for entry on the docket of the U.S. District Court. The following record on appeal being that of Whitney Bank of the Order Denying Whitney Bank's Objection To Claim of Seton Family Hospitals entered on 10/25/2013:

| | | |
|---|---|---|
| | ☑ | Notice of Appeal, Order/Judgment, Certified Copy of Docket Report, List of Parties to the Appeal and Designation(s) [if any]. |
| | ☑ | Items designated by Appellant |
| | ☑ | Items designated by Appellee |
| | ☐ | No designation of Record on Appeal Filed |
| | ☐ | Copies of items designated by Appellant/Appellee have not been provided nor copy fee paid by filer pursuant to FRBP 8006 |
| | ☐ | Additional Items: |

**REMARKS:** Transcript of Oral Ruling on 10/25/13 restricted from public viewing until 2/10/2014.

Dated: 12/17/13

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

*Estella Benitez Hernandez*
BY: Estella Benitez Hernandez, Deputy Clerk

[LtrTrnDc(BK)] [LtrTrnDcBKintp]