IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | |
|---|---|
| IN RE:<br>SCC KYLE PARTNERS, LTD.,<br>    DEBTOR.<br><br>WHITNEY BANK, SUCCESSOR BY<br>MERGER TO WHITNEY NATIONAL<br>BANK, INDIVIDUALLY AND AS<br>AGENT FOR CERTAIN PRE-PETITION<br>LENDERS,<br>    APPELLANT,<br><br>V.<br><br>SCC KYLE PARTNERS, LTD., AND<br>SETON FAMILY OF HOSPITALS, D/B/A<br>SETON MEDICAL CENTER HAYS,<br>    APPELLEES. | CAUSE NO. A-13-CV-756-LY<br>BANKRUPTCY NO. 12-11978-HCM<br>(CHAPTER 11) |

## FINAL JUDGMENT

Before the court is the above styled and numbered bankruptcy appeal. By separate Memorandum Opinion and Order signed this day, the court affirmed the bankruptcy court's orders at issue: (1) Order Confirming [Debtor SCC Kyle Partners Ltd.'s] Second Amended Plan of Reorganization Under Chapter 11, Title 11, United States Code signed July 1, 2013 (Bankruptcy Docket No. 133) and (2) Order Denying Whitney Bank's Objection to Claim of Seton Family of Hospitals signed October 25, 2013 (Bankruptcy Docket No. 185). As nothing remains in this appeal

for resolution, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that this appeal is **CLOSED**.

SIGNED this 19th day of September, 2014.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE